UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KARL W. SCHENKER,

Plaintiff,

v.

DACYANAN, *et al.*,

Defendants.

Case No. 3:25-cv-00571-MMD-CSD

ORDER

*Pro se* Plaintiff Karl Schenker filed a motion to voluntarily dismiss this action, arguing that his claims have been resolved by a new vocational assignment. (ECF No. 6.) Schenker's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to dismiss (ECF No. 6) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

It is further ordered that the application to proceed *in forma pauperis* (ECF Nos. 1, 4) is denied as moot.

DATED THIS 26th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE